UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOHN DOE,

Plaintiff,

v. Case No. 24-cv-1144-pp

SUSAN L. TORRES, *et al.*,

Defendants.

---

**ORDER GRANTING DEFENDANTS' RULE 25(A)(1) MOTION (DKT. NO. 37) AND DISMISSING CASE**

---

On February 17, 2026, the defendants filed a motion under Federal Rule of Civil Procedure 25(a)(1) providing a suggestion of death as to the plaintiff.[1] Dkt. No. 33. On May 19, 2026, the defendants filed a motion to dismiss because no entity had moved to substitute for the plaintiff. Dkt. No. 35. The court denied both motions because the defendants did not state that they had served the notice of death on the plaintiff's personal representative. Dkt. No. 36 at 3, 5.

On June 1, 2026, the defendants filed the instant motion, asking the court to dismiss the case if, within ninety days of their filing the motion, no proper entity had moved to substitute for the plaintiff. Id. at 1. The defendants state that on June 1, 2026, defense counsel notified the plaintiff's personal representative of the lawsuit and of the defendants' intention to move for dismissal under Rule 25(a)(1). Id. at 2; Dkt. No. 38 at 1-2. The plaintiff's

[1] The plaintiff died on February 12, 2026. Dkt. No. 33.

personal representative had ninety days—until August 31, 2026—to file a motion for substitution. See Fed. R. Civ. P. 25(a)(1), (a)(3). August 31, 2026 has passed and the court has not received a motion for substitution, so the court must dismiss the case. Fed. R. Civ. P. 25(a)(1).

The court **GRANTS** the defendants' Rule 25(a)(1) motion. Dkt. No. 37.

The court **DISMISSES** this case. The court will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 2nd day of September, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**